**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Anna Kelly v. Independence Heights Apartment

Appellate case number:    01-19-00670-CV

Trial court case number:   1127306

Trial court:                        County Civil Court at Law No. 4 of Harris County

      This is an appeal from the trial court's judgment, signed August 28, 2019, granting appellee Independence Heights Apartment a writ of possession of the premises located at 302 Crosstimbers Road, Apt. 102, Houston, Texas 77022. Appellant is represented by Emily Kelly, attorney-in-fact for appellant Anna Kelly. It appears from the record that Emily Kelly is also appellant's daughter. The judgment states that appellant Anna Kelly appeared "through her power of attorney, Emily Kelly."

      Emily Kelly has filed an appellant's brief and reply brief in this Court. But the clerk's record and supplemental clerk's record contain no durable power of attorney and Emily Kelly has not filed one in this Court reflecting her authority to act for Anna Kelly. *See* TEX. EST. CODE §§ 752.051, 752.101.

      Accordingly, the Court orders appellant's alleged attorney-in-fact, Emily Kelly, to establish her authority to act for appellant by filing **within 10 days** a properly-executed power of attorney. TEX. EST. CODE ANN. § 752.051. The appeal may be dismissed if no properly-executed power of attorney is filed within 10 days. *See* TEX. R. APP. P. 42.3.

      It is so ORDERED.

Judge's signature: ____/s/ Peter Kelly_____
            ☑ Acting individually    ☐ Acting for the Court

Date:  __September 10, 2020____